**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN DOE, | ) | CASE NO. 1:07CV2405 |
| | ) | |
| Plaintiff, | ) | JUDGE POLSTER |
| | ) | MAGISTRATE JUDGE PERELMAN |
| vs. | ) | |
| | ) | **MOTION FOR ADMISSION OF** |
| SAFERENT, INC., | ) | **EUGENE A. GIOTTO PRO HAC** |
| | ) | **VICE** |
| Defendant. | ) | |

Pursuant to Local Rule 83.5(h), the Defendant, SafeRent, Inc., by and through its undersigned local counsel, moves this Court for the admission pro hac vice of:

> Eugene A. Giotto, Esq
> BUCHANAN INGERSOLL & ROONEY
> 20th Floor, One Oxford Centre
> Pittsburgh, PA 15219
> (412) 392-1623 (telephone)
> (412) 392-2128 (facsimile)
> eugene.giotto@bipc.com

to appear as counsel for the Defendant in this action.

As set forth in the Affidavit attached hereto Eugene A. Giotto has been admitted to practice in the Commonwealth of Pennsylvania, the State of Ohio, the United States District Court for the Western District of Pennsylvania, and the United States Court of Appeals for the Third Circuit. He is a member in good standing of the Bar of the Commonwealth of Pennsylvania and the State of Ohio (Ohio Bar No. 0080185).

Eugene A. Giotto meets the requirements of Local Rule 83.5(h) and the Defendant respectfully requests that this Court enter an Order admitting Eugene A. Giotto to the bar of this Court for the purpose of appearing before the Court as counsel for the Defendant in the within action.

Respectfully submitted,

BUCKINGHAM, DOOLITTLE & BURROUGHS, LLP


By:    /s/Douglas J. Paul
        Douglas J. Paul, Esq. (0015556)
        dpaul@bdblaw.com
        1375 East Ninth Street, Suite 1700
        Cleveland, OH  44114
        (216) 621-5300
        (216) 621-5440 (fax)

        ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2007, a copy of the foregoing Motion for

Admission of Eugene A. Giotto Pro Hac Vice, with attached Affidavit was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

/s/Douglas J. Paul                        
<br>Douglas J. Paul

«CL2:317655_v1»